# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−22123−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monica Lyn McCoy
   73 Garland Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−9129

Employer's Tax I.D. No.:

---

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 21, 2016 and a confirmation hearing on such Plan has been scheduled for September 7, 2016.

The debtor filed a Modified Plan on September 6, 2016 and a confirmation hearing on the Modified Plan is scheduled for Oct. 12, 2016 at 10:00am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 8, 2016
JJW: pbf

                                                                James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-22123-CMG
Monica Lyn McCoy                                                                                Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 08, 2016
                              Form ID: 186             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db              +Monica Lyn McCoy,    73 Garland Lane,    Willingboro, NJ 08046-3011
516251404       +Bank of America,    1800 Tapo Canyon,    Simi Valley CA 93063-6712
516251409      #+CBE Group,    131 Tower Park Drive,    Wateloo IA 50701-9374
516251405       +Capital One,    POB 30281,    Salt Lake City UT 84130-0281
516341523        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516251408       +Thd/CBNA,    PO Box6497,    Sioux Falls SD 57117-6497
516251410       +Verizon,    140 West St,    New York NY 10007-2123
516251411       +Victoria Secret,    PO Box 182789,    Columbus OH 43218-2789
516251412       +Wells Fargo,    PO Box 1697,    Winterville NC 28590-1697
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2016 23:08:51     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2016 23:08:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516251407       +E-mail/Text: creditonebknotifications@resurgent.com Sep 08 2016 23:08:07     Credit One Bank,
                 PO Box 98872,   Las Vegas NV 89193-8872
                                                                                                                                                          TOTAL: 3

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516251406*      +Capital One,    POB 30281,    Salt Lake City UT 84130-0281
                                                                                                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
                                                                                                                                                       TOTAL: 3