Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−22123−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Monica Lyn McCoy
   73 Garland Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−9129

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/2/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 2, 2017
JAN: bwj

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Monica Lyn McCoy  
    Debtor

Case No. 16-22123-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2017  
                  Form ID: 148     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.
```
db             +Monica Lyn McCoy,    73 Garland Lane,    Willingboro, NJ 08046-3011
516461238       Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
516387214       EDI: AIS.COM Nov 02 2017 22:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516452082       EDI: BANKAMER.COM Nov 02 2017 22:18:00      BANK OF AMERICA, N.A.,    Bank of America,
                 PO BOX 31785,    Tampa, FL 33631-3785
516251404      +EDI: BANKAMER.COM Nov 02 2017 22:18:00      Bank of America,    1800 Tapo Canyon,
                 Simi Valley CA 93063-6712
516251405      +EDI: CAPITALONE.COM Nov 02 2017 22:18:00      Capital One,    POB 30281,
                 Salt Lake City UT 84130-0281
516341523       EDI: CAPITALONE.COM Nov 02 2017 22:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516251407      +EDI: RCSFNBMARIN.COM Nov 02 2017 22:18:00      Credit One Bank,    PO Box 98872,
                 Las Vegas NV 89193-8872
516401380       EDI: RESURGENT.COM Nov 02 2017 22:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516251408      +EDI: CITICORP.COM Nov 02 2017 22:18:00      Thd/CBNA,    PO Box6497,    Sioux Falls SD 57117-6497
516251410      +EDI: VERIZONCOMB.COM Nov 02 2017 22:19:00      Verizon,    140 West St,    New York NY 10007-2123
516251411      +EDI: WFNNB.COM Nov 02 2017 22:18:00      Victoria Secret,    PO Box 182789,
                 Columbus OH 43218-2789
516251412      +EDI: WFFC.COM Nov 02 2017 22:18:00      Wells Fargo,    PO Box 1697,    Winterville NC 28590-1697
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516251406*     +Capital One,    POB 30281,    Salt Lake City UT 84130-0281
516251409     ##+CBE Group,    131 Tower Park Drive,    Wateloo IA 50701-9374
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 3
```